UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN GIRLING,

    Plaintiff,

v.                                     Case No:   2:16-cv-38-FtM-CM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This matter comes before the Court upon review of the Unopposed Motion for Entry of Judgment with Remand (Doc. 25) filed on September 30, 2016.  Defendant requests that the Court remand this case to the Commissioner for further administrative proceedings.  Plaintiff does not oppose the motion.  Pursuant to Title 42, United States Code, Section 405(g), the Court may reverse the decision of the Commissioner with or without remanding the case for a rehearing.  Upon due consideration, Defendant's motion will be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1.    Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 25) filed on September 30, 2016 is **GRANTED**.  The decision of the Commissioner is **REVERSED** and this action is **REMANDED** under sentence four of 42 U.S.C. § 405(g) to the Commissioner for the Administrative Law Judge to:

    a. Update the medical evidence;

    b. Further consider and weigh the opinions of Plaintiff's treating physicians;

    c. Reassess Plaintiff's residual functional capacity;

    d. If warranted, obtain evidence from a vocational expert.

2. The Clerk shall enter judgment accordingly and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on this 3rd day of October, 2016.

*[signature]*

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record